**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASEY J. WATKINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHAD GREENWOOD, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-00850-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RE-DESIGNATE THIS ACTION AS A REGULAR CIVIL RIGHTS ACTION |

　　　Plaintiff Casey J. Watkins is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　Plaintiff is a state prisoner incarcerated at California City Correctional Facility.  Plaintiff utilized the section 1983 complaint form for a civil rights action filed by incarcerated individuals. However, upon review of the complaint, Plaintiff is raising a civil rights challenge as to the use of force in effectuating his arrest prior to incarceration rather than conditions of his confinement. Accordingly, the Clerk of Court is directed to change the administrative designation of this action as a regular civil action.

IT IS SO ORDERED.

Dated:   **September 28, 2016**　　　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1