# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY WATKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAD GREENWOOD, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00850-LJO-SAB<br><br>ORDER REQUIRING DEFENDANT GREENWOOD TO RE-SERVE SARAH M. BRATTIN'S JUNE 19, 2017 DECLARATION ON PLAINTIFF AND FILE A DECLARATION FOLLOWING RE-SERVICE<br><br>DEADLINE: JUNE 29, 2017 |

Plaintiff Casey Watkins is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 18, 2017, Defendant Chad Greenwood filed a motion to dismiss this action. (ECF No. 23.) On May 19, 2017, Defendant Lukious Sims joined in the motion to dismiss. (ECF No. 24.) On May 25, 2017, Defendant Sims filed a motion to compel responses to interrogatories and the request for production of documents and a motion to deem the request for admissions served on Plaintiff admitted. (ECF No. 25.) Plaintiff has not filed an opposition to either motion. On June 19, 2017, Defendant Greenwood's counsel, Sarah Brattin, filed a declaration in lieu of reply for the motion to dismiss. (ECF No. 26.) On June 22, 2017, Plaintiff filed a notice of change of address, which was dated June 20, 2017. (ECF No. 27.)

The certificate of service for Ms. Brattin's June 19, 2017 declaration indicates that on June 19, 2017, it was mailed to Plaintiff at his old address. (ECF No. 26 at 3.) Therefore,

1

1 | Plaintiff would not have received Ms. Brattin's June 19, 2017 declaration.

2 | Accordingly, IT IS HEREBY ORDERED that **on or before June 29, 2017**, Defendant Greenwood shall re-serve Ms. Brattin's June 19, 2017 declaration on Plaintiff at his new address and file a new declaration noting the re-service and also the date that Plaintiff was moved from California City Correctional Facility and the date that Plaintiff arrived at California Men's Colony.

IT IS SO ORDERED.

Dated:  **June 24, 2017**

UNITED STATES MAGISTRATE JUDGE