# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY WATKINS,<br><br>      Plaintiff,<br><br>      v.<br><br>CHAD GREENWOOD, et al.,<br><br>      Defendants. | Case No. 1:16-cv-00850-LJO-SAB<br><br>ORDER REQUIRING DEFENDANTS TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>(ECF No. 31)<br><br>JULY 14, 2017 DEADLINE |

Plaintiff Casey Watkins is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 18, 2017, Defendant Chad Greenwood filed a motion to dismiss in this action. On May 19, 2017, Defendant Lukious Sims filed a notice of joinder in the motion to dismiss. On June 19, 2017, Defendant Greenwood's counsel filed a declaration stating that Plaintiff had not served an opposition to the motion to dismiss. On June 22, 2017, Plaintiff filed a notice of change of address. On June 26, 2017, Defendant Greenwood was ordered to serve a copy of the declaration on Plaintiff at his current address. On June 26, 2017, Defendant Greenwood re-served the declaration in lieu of reply at Plaintiff's new address.

On July 5, 2017, Plaintiff filed a motion for a thirty day extension of time until July 17, 2017, to respond to the motion to dismiss and a notice to the court. Defendant Greenwood's counsel then informed the Court that Defendant Greenwood intended to oppose the motion for an

extension of time. Therefore, the Court will require Defendants to file an opposition or statement of non-opposition to Plaintiff's motion for an extension of time.

Accordingly, IT IS HEREBY ORDERED that Defendants Sims and Greenwood shall file an opposition or statement of non-opposition to Plaintiff's motion for an extension of time to file his opposition to the motion to dismiss **on or before July 14, 2017**.

IT IS SO ORDERED.

Dated:  **July 11, 2017**

_____
UNITED STATES MAGISTRATE JUDGE