# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY WATKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAD GREENWOOD, et al.,<br><br>    Defendants. | Case No.  1:16-cv-00850-LJO-SAB<br><br>ORDER REQUIRING DEFENDANT SIMS TO FILE A STATUS REPORT<br><br>(ECF No. 25)<br><br>JULY 19, 2017 DEADLINE |

Plaintiff Casey Watkins is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 25, 2017, Defendant Lucious Sims filed a motion to compel Plaintiff to provide responses to Defendant Sims's first set of interrogatories and first set of requests for production of documents and a motion to deem Defendant Sims's first set of requests for admissions admitted.  (ECF No. 25.)

On July 7, 2017, Plaintiff filed his response to Defendant Sims's first set of interrogatories.  (ECF No. 34.)  As it appears that Plaintiff has now provided responses to at least some of Defendant Sims's discovery requests, the Court will require Defendant Sims to file a status report stating whether he has received responses from Plaintiff for the first set of requests for production of documents and first set of requests for admissions.  Alternatively, if Defendant Sims has now received responses to all of his discovery requests that are the subject of the May

1

25, 2017 motion to compel and motion to deem admitted, he may withdraw the May 25, 2017 motion to compel and motion to deem admitted. If Defendant Sims believes that Plaintiff's responses to the discovery requests are deficient, he will need to file a separate motion.

Accordingly, IT IS HEREBY ORDERED that Defendant Sims shall file **on or before July 19, 2017,** a status report stating whether he has received responses from Plaintiff for the first set of requests for production of documents and first set of requests for admissions. Alternatively, if Defendant Sims has now received responses to all of his discovery requests that are the subject of the May 25, 2017 motion to compel and motion to deem admitted, he may withdraw the May 25, 2017 motion to compel and motion to deem admitted.

IT IS SO ORDERED.

Dated:   **July 13, 2017**

UNITED STATES MAGISTRATE JUDGE