# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY WATKINS,<br><br>         Plaintiff,<br><br>    v.<br><br>CHAD GREENWOOD, et al.,<br><br>         Defendants. | Case No.  1:16-cv-00850-LJO-SAB<br><br>ORDER DENYING PLAINTIFF'S JULY 14, 2017 MOTION FOR AN EXTENSION OF TIME AS PREMATURE<br><br>(ECF No. 40) |

Plaintiff Casey Watkins is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 18, 2017, Defendant Chad Greenwood filed a motion to dismiss in this action. On May 19, 2017, Defendant Lukious Sims filed a notice of joinder in the motion to dismiss.

On July 5, 2017, Plaintiff filed a motion for a thirty day extension of time until July 17, 2017, to respond to the motion to dismiss and a notice to the court.  (ECF Nos. 31, 32.) Defendant Greenwood's counsel informed the Court that Defendant Greenwood intended to oppose the motion for an extension of time.  On July 11, 2017, the Court ordered Defendants to file an opposition or statement of non-opposition to Plaintiff's motion for an extension of time. (ECF No. 35.)  On July 13, 2017, Defendant Greenwood filed an opposition to Plaintiff's motion for an extension of time and attached the declarations of E. Olson and S. Hom in support of the opposition.  (ECF No. 36.)  On July 13, 2017, Defendant Sims filed an opposition to Plaintiff's

1 motion for an extension of time and a request for judicial notice.  (ECF No. 37.)  On July 17, 2 2017, the Court ordered Plaintiff to file a reply to Defendants' oppositions to Plaintiff's motion 3 for an extension of time.  (ECF No. 41.)

4 On July 14, 2017, Plaintiff filed a second motion for a thirty day extension of time to 5 respond to the motion to dismiss.  (ECF No. 40.)  Plaintiff requests to extend the July 17, 2017 6 deadline to August 19, 2017.  However, the Court notes that there is no July 17, 2017 deadline.  7 Plaintiff's deadline for filing a response to the motion to dismiss was June 12, 2017.  Plaintiff 8 has not been granted an extension of time to July 17, 2017, or any other date.  The Court has not 9 issued a decision on Plaintiff's July 5, 2017 motion for an extension of time to file an opposition 10 to the motion to dismiss.  If the Court grants Plaintiff's July 5, 2017 motion for an extension of 11 time, the Court will set a deadline for Plaintiff's opposition to the motion to dismiss.  As 12 Plaintiff's deadline to file an opposition to the motion to dismiss was June 12, 2017, and there is 13 a pending motion to extend the deadline, the July 14, 2017 motion for an extension of time shall 14 be denied as premature.

15 Until the Court issues its decision on the July 5, 2017 motion for an extension of time, 16 Plaintiff does not need to file requests to extend the deadline to oppose the motion to dismiss.  17 However, Plaintiff must still file requests to extend any other deadlines in this matter.

18 Accordingly, IT IS HEREBY ORDERED that Plaintiff's July 14, 2017 motion for an 19 extension of time (ECF No. 40) is denied as premature.

IT IS SO ORDERED.

Dated:  **July 18, 2017**

UNITED STATES MAGISTRATE JUDGE