# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY WATKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHAD GREENWOOD, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00850-LJO-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS MOOT<br><br>(ECF No. 57) |

On October 12, 2017, Defendants' motion to dismiss the action as barred by <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994) was granted and the action was closed. (ECF No. 54.)

On October 16, 2017, Plaintiff filed a motion to compel. (ECF No. 57.) Inasmuch as the case has been dismissed and judgment has been entered, Plaintiff's motion to compel is denied as moot.

IT IS SO ORDERED.

Dated: **October 17, 2017**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1